LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 0 5 2020

February 4, 2020

**VIA ECF**

Hon. George B. Daniels, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

Re: *Rojas-Maravilla v. Grand CentralStar Cafe, Inc.*, 19 CV 10178 (GBD)

Dear Judge Daniels:

    This firm represents the plaintiff in the above-referenced action. The plaintiff, with defendants' consent, moves for an adjournment of the February 6, 2020, initial conference. The parties have been referred to Court-annexed mediation, have been assigned a mediator, and are currently scheduling a mediation. The parties request that the initial conference be adjourned, and that the parties be granted leave to submit a status report after mediation, at which time, if the case has not settled, the initial conference will be rescheduled.

    I thank the Court for its time and consideration.

Respectfully submitted,

John M. Gurrieri

*Handwritten order:* The February 6, 2020 conference is adjourned to March 5, 2020 at 9:30 a.m. SO ORDERED. /s/ George B. Daniels