**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MISAEL ROJAS-MARAVILLA, *individually and in behalf of all other persons similarly situated*,

Plaintiff,

-against-

GRAND CENTRAL STAR CAFE, INC., *jointly and severally*; WILLIE GOMEZ, *jointly and severally*,

Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 03 2020

ORDER

19 Civ. 10178 (GBD)

SO ORDERED:

_____
George B. Daniels, U.S.D.J.

Dated: MAR 0 3 2020

GEORGE B. DANIELS, United States District Judge:

The parties report that this case has settled. Plaintiff shall move for approval of the settlement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), no later than April 2, 2020. All conferences previously scheduled are adjourned *sine die*.

Dated: March 3, 2020
   New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
United States District Judge