LAW OFFICE OF
# JUSTIN A. ZELLER, P.C.

JUSTIN A. ZELLER
JAZELLER@ZELLERLEGAL.COM

JOHN M. GURRIERI
JMGURRIERI@ZELLERLEGAL.COM

TELEPHONE: 212.229.2249
FACSIMILE: 212.229.2246



May 12, 2020

**VIA ECF**

Hon. George B. Daniels, United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse

SO ORDERED:

*George B Daniels*

George B. Daniels, U.S.D.J.

Dated: MAY 18 2020

Re: *Rojas-Maravilla v. Grand Central Star Cafe, Inc.*, 19 CV 10178 (GBD)

Dear Judge Daniels:

    This firm represents the plaintiff in the above-referenced matter. The parties have settled this matter and have finalized the form of the agreement. The parties have been delayed in executing the agreement due to the restraints of operating remotely. The plaintiff, with defendants' consent, moves *nunc pro tunc* to extend the time to file the motion for approval from April 2, 2020, until June 15, 2020. The plaintiff apologizes for the lateness of this motion; the plaintiff's firm made an error and failed to properly calendar the deadline.

    I thank the Court for its time and consideration.

Respectfully submitted,

John M. Gurrieri