UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

MISAEL ROJAS-MARAVILLA, *individually and on behalf of all other persons similarly situated*,

                            Plaintiff,

-against-

GRANT CENTRAL STAR CAFE, INC., *jointly and severally*; WILLIE GOMEZ, *jointly and severally*,

                            Defendants.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 7 2020

ORDER APPROVING FLSA SETTLEMENT

19 Civ. 10178 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiffs and Defendants have reached a settlement in this FLSA action and jointly move this Court for an order approving the settlement. (ECF No. 20.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and their joint motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the parties' motion and FURTHER ORDERS that:

1. The settlement payment in the amount of $7,500.00 is approved; and

2. The distributions of $4,598.40 to Plaintiff and $2,901.60 for attorneys' fees and expenses to Plaintiff's attorneys are approved.

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
        July 27, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge